AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00152 |
| Samuel Fontanez Rodriguez | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 7/6/2022 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Samuel Fontanez Rodriguez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/06/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.07.06 11:27:15 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/6/22, and the person was arrested on *(date)* 7/22/22
at *(city and state)* Allentown, PA.

Date: 7/22/22

*Arresting officer's signature*

Carmen Dvorak de Morales / Special Agent FBI
*Printed name and title*